EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE, AT NASHVILLE

BACKPAGE.COM, LLC,

Plaintiff,

v.

ROBERT E. COOPER, JR., Attorney General of the
State of Tennessee; and TONY CLARK; BARRY
STAUBUS; C. BERKELEY BELL; JAMES DUNN;
MIKE FLYNN; RANDALL NICHOLS; DAVE
CLARK; WILLIAM PAUL PHILLIPS; RUSSELL
JOHNSON; STEVEN BEBB; WILLIAM H. COX,
III; J. MICHAEL TAYLOR; RANDY YORK;
MICKEY LAYNE; TOM P. THOMPSON;
WILLIAM WHITESELL; CHUCK CRAWFORD; L.
RAY WHITLEY; JOHN W. CARNEY; VICTOR S.
JOHNSON, III; KIM HELPER; MIKE BOTTOMS;
DAN M. ALSOBROOKS; HANSEL MCCADAMS;
MIKE DUNAVANT; JAMES G. WOODALL;
THOMAS A. THOMAS; GARRY BROWN;
PHILLIP BIVENS; AMY P. WEIRICH; and LISA
ZAVAGIANNIS; Tennessee District Attorneys for the
1st through 31st Judicial Districts, respectively,

Defendants, in their official capacities.

Case No. _____

**DECLARATION OF CARL
FERRER IN SUPPORT OF
PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION**

I, Carl Ferrer, declare and state as follows:

1.     I am the Vice President of Sales and Marketing for Backpage.com,

LLC ("Backpage.com"). I have personal knowledge of the matters set forth in this

declaration and am competent to testify to them.

2.     Backpage.com operates an online classified advertising service, located

at www.backpage.com. It is estimated to be the second largest online classified

advertising service in the United States.

3.     Backpage.com offers its service in all fifty states and the District of

Columbia.

1

4.	Users post millions of classified ads on the Backpage.com website. By way of example, in the month of April 2012, users posted more than 3.3 million ads on Backpage.com.

5.	Users may post ads in a multitude of categories (*e.g.,* local places, community, buy/sell/trade, automotive, musician, rentals, real estate, jobs, forums, dating, adult and services) and subcategories. A true and correct copy of the home page for the Backpage.com website in Nashville is attached hereto as **EXHIBIT A** and is available at http://nashville.backpage.com/.

6.	Backpage.com allows users to post ads for free in the vast majority of its categories. Backpage.com charges a range of approximately $1-17 for users to post ads in the adult category and $1 for users to post ads in the dating category, which must be paid by credit card. The charges discourage abusive posting and provide valuable data to help identify and track users engaged in illegal posting or activity.

7.	Backpage.com prohibits illegal content and activity on its service, and especially condemns all forms of human trafficking and child exploitation. We take numerous steps to prevent any such abuse and misuse of the site.

8.	Our Terms of Use prohibit ads for illegal services or posting "any material . . . that exploits minors in any way." The Terms of Use state in part:

**User Conduct:**

Without limitation, you agree to refrain from the following actions while using the Site: . . .

2. Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled substances; . . .

2

4. (a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;

(b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;

(c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;

(d) Posting any material on the Site that exploits minors in any way;

(e) Posting any material on the Site that in any way constitutes or assists in human trafficking.

5. Posting any ad for products or services, use or sale of which is prohibited by any law or regulation;

A true and correct copy of the complete Terms of Use is attached hereto as **EXHIBIT B** and is available at http://nashville.backpage.com/online/classifieds/TermsOfUse.

9.      In addition, before a user may post an ad in the adult or dating categories on Backpage.com, he or she must review and agree to specific Posting Rules, which emphasize that postings for commercial sex acts are prohibited; that all forms of human trafficking and exploitation are prohibited and will not be tolerated; and that any potential child exploitation will be reported for law enforcement investigation. The Posting Rules state:

**Posting Rules**

You agree to the following when posting in this category:

- I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images;

- I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration;

- I will not post any material on the Site that exploits minors in any way;

- I will not post any material on the Site that in any way constitutes or assists in human trafficking;

DWT 19857022v6 3710078-000057

- I am at least 18 years of age or older and not considered to be a minor in my state of residence.

Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the Cybertipline for law enforcement.

Postings violating these rules and our Terms of Use are subject to removal without refund.

A true and correct copy of these Posting Rules is attached hereto as **EXHIBIT C** and is available at http://posting.nashville.backpage.com/online/classifieds/PostAdPPI.html/bna/posting.nashville.backpage.com/?u=bna&serverName=posting.nashville.backpage.com&section=186356&category=510943&superRegion=Nashville.

10. Users seeking to post or view material in the adult or dating categories must also verify that they are at least 18 years old. If a user clicks on either category, he or she sees a page explaining and requiring this age verification. A true and correct copy of this verification page is attached hereto as **EXHIBIT D**, and is available at http://nashville.backpage.com/MenSeekWomen/classifieds/Disclaimer?category=4454 and other locations within the Backpage.com website. This page also cautions users to report any posting that may relate to suspected exploitation of minors or human trafficking and contains a link to websites of the National Center for Missing and Exploited Children ("NCMEC") and the National Human Trafficking Resource Center. Attached as **EXHIBIT E** is a true and correct copy of the page – entitled Stop Trafficking – that appears through this link, and is available at http://www.backpage.com/en-us/online/classifieds/PopUp?page=StopTrafficking).

11. Users may report any ad by clicking a link that appears in the upper right-hand corner of each ad on the site. This calls up a page that asks users to identify any suspected illegal or inappropriate ads, again emphasizing that if the user's concern is a possible threat to a child or child exploitation, he or she should also contact abuse@backpage.com. Attached as **EXHIBIT F** is a true and correct copy of

4

the "Report Ad" page on the website, which is also available at

http://posting.nashville.backpage.com/online/classifieds/ReportAd?oid=5586799.

Backpage.com reviews ads that are flagged by users to determine whether they should

be removed or reported to appropriate authorities.

      12.     Information and links about human trafficking and child exploitation

appear throughout the Backpage.com website. For example, in addition to links

provided at various places in the site to the Cybertipline (of the NCMEC) and

abuse@Backpage.com, the site alerts users to call 211 "if you are exploited or need

help." See **EXHIBIT G**, the online form to create an ad to post on the website. In

addition, links to a page entitled User Safety are available throughout the website, and

that page states:

### Human Trafficking

Over the past 15 years, "trafficking in persons" and "human trafficking" have been used as umbrella terms for activities involved when someone obtains or holds a person in compelled service.

The United States government considers trafficking in persons to include all of the criminal conduct involved in forced labor and sex trafficking, essentially the conduct involved in reducing or holding someone in compelled service. Under the Trafficking Victims Protection Act as amended (TVPA) and consistent with the United Nations Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (Palermo Protocol), individuals may be trafficking victims regardless of whether they once consented, participated in a crime as a direct result of being trafficked, were transported into the exploitative situation, or were simply born into a state of servitude. Despite a term that seems to connote movement, at the heart of the phenomenon of trafficking in persons are the many forms of enslavement, not the activities involved in international transportation.

For more information on Human Trafficking, please visit http://www.state.gov/g/tip/.

To report a potential victim of Human Trafficking, or if you are a victim yourself or you know someone whom you suspect may be, please call the National Human Trafficking Resource Center (NHTRC) hotline at 1-888-3737-888, or visit: http://www.polarisproject.org/what-we-do/national-human-trafficking-hotline/report-a-tip.

DWT 19857022v6 3710078-000057

**Child Exploitation**

The National Center for Missing and Exploited Children helps not only locate missing kids, but also helps children that are victims of sexual exploitation of any kind.

If you've seen a missing child, or a child that is being victimized, please take action and make a report to the CyberTipline: www.cybertipline.com.

For more information on the National Center, please visit: www.missingkids.com.

A true and correct copy of the User Safety page is attached hereto as **EXHIBIT H**, and is available at http://nashville.backpage.com/online/classifieds/UserSafety.

13.     Backpage.com also employs extensive, voluntary monitoring measures to prevent and remove improper user postings. Among these measures, we operate an automated filtering system that scans the overwhelming majority of potential posts for "red-flag" terms, phrases, codes, email addresses, URLs and IP addresses. The list of terms used in this automated filtering currently exceeds 26,000, and it is regularly updated. In addition, Backpage.com operates a two-tiered manual (human) review system of nearly all content submitted for posting to the adult and dating categories. The first level manual review assesses a proposed post before it is allowed to appear on Backpage.com and endeavors to prevent postings of illegal conduct and other prohibited activity. The second level manual review examines nearly every post in the adult and dating categories that appears on the website as a double check for potential illegal activity. Overall, more than 100 people (over 80% of all Backpage.com workers) are engaged in monitoring user submissions.

14.     Through its monitoring and reporting systems, Backpage.com blocked, banned or removed more than 1 million user submissions and posts in April 2012, and also referred approximately 400 posts to NCMEC in the same month. To continuously try to improve our monitoring and reporting efforts, we also meet frequently with NCMEC staff to review and discuss reports, progress and ideas for better combating child exploitation over the Internet.

6

15.     In addition to its prevention efforts, Backpage.com collaborates and cooperates extensively with law enforcement officials with regard to investigations and prosecutions.  Law enforcement agents (federal, state and local) with whom we deal on a daily basis regularly thank Backpage.com for our prompt and thorough assistance.  Although we receive multiple law enforcement subpoenas per day, we respond to the majority within less than 24 hours.  We also voluntarily employ tools to conduct additional Internet-wide research to provide law enforcement with further information to assist in rescuing victims or arresting and prosecuting perpetrators.  Backpage.com also distributes law enforcement guides, allows posts of public service announcements by law enforcement, removes posts when requested by law enforcement, and blocks posts from users on the advice of law enforcement.  In addition, Backpage.com personnel provide testimony at trials and hearings as requested.

16.     I understand that the pending new Tennessee law, Public Chapter 1075, makes it a felony crime for a party to "knowingly sells or offer to sell an advertisement that would appear to a reasonable person to be for the purpose of engaging in what would be a commercial sex act" (defined as "any sexual act for which something of value is given or received") with a minor.  I also understand that the law expressly states that it is not a defense that a defendant did not know that the advertisement depicted a minor, and the only defense stated in the law is for a defendant to attempt to ascertain the age of the person depicted in the ad by requiring, prior to publication, production of certain governmental or educational identification.

17.     Public Chapter 1075 poses an impossible burden on Backpage.com and other websites and online service providers.  Advertisements for adult services can appear in any category on online classified advertising sites (like Backpage.com), whether labeled for "adult" content or not, including categories for dating, massage and others.  More generally, countless websites on the Internet provide forums for

7

user posts addressing adult or sexual topics, including social networking sites, dating sites, discussion forums and chat rooms, and many others.

18.     Online classified ad services and other online service providers with paid services have few choices to comply with Public Chapter 1075. We could try to undertake an individual review of each user posts to determine if it might fall within the scope of the law, but the volume of posts will frequently make such a task impossible. Also, we have no way to know what prosecutors or a judge or jury might consider to "appear" to be an ad "for the purpose" of sexual acts for "something of value," or what might "appear" to be an ad involving a minor. If we guessed wrong and did not require production of identification for an ad that a prosecutor, judge or jury decided "appear[ed]" to violate the statute, we could face a felony conviction. Moreover, Public Chapter 1075 is not limited to persons, transactions or conduct in Tennessee only, and so we would have to review postings from across the country to ensure that none violates the Act.

19.     Alternatively, online service providers could demand identification from *all* users who submit paid posts before allowing publication on their service. However, the burden of implementing such a requirement would devastate many online businesses, including likely Backpage.com. I also expect that most online users would be unwilling to comply with such a requirement and would stop posting on the service because of the added identification burden on them and, especially, because of privacy concerns.

20.     In particular, if Public Chapter 1075 is meant to require in-person verification of identification, it would create a practical impossibility for Backpage.com and innumerable other online service providers with no physical location in Tennessee, much less in every city, town and state where users can access the Internet and the services of online service providers around the country.

8

21.     Given the impossible burdens and the risks imposed by Public Chapter
1075, the only other alternative available to Backpage.com, other online service
providers, and print publishers would be to eliminate all user postings specifically or
implicitly alluding to sexual topics if such determinations are even possible (as
discussed above) or (the safest course) to eliminate all fee-related posts. This would
eliminate vast amounts of permissible adult-oriented speech and non-adult speech, but
it may be the most likely result if Public Chapter 1075 takes effect.

I declare under penalty of perjury of the laws of the United States that
foregoing is true and correct.

Signed at Phoenix, Arizona, this 27 th day of June, 2012

Carl Ferrer

9

# EXHIBIT A

# backpage.com

nashville, tn  free classifieds

Post an Ad | keyword | buy/ sell/ trade | search

all cities...          español

**local places** 2,647
- events
- bars/clubs
- restaurants
- salons/nails/spas

**community** 427
- childcare
- classes/workshops
- general
- groups
- lost & found
- volunteers

**buy/ sell/ trade** 5,810
- antiq.-collectibles
- appliances
- business
- boat & motorcycle
- computer/electronics
- clothing/jewelry
- farm/garden
- free
- furniture
- household items
- miscellaneous
- pets, pet supplies
- sports equip.
- tickets
- tools/materials
- want-trade
- yard sales

**automotive** 21,476
- auto-truck-rv
- auto parts
- services

**musician** 400
- available/wanted
- equip/instruments
- instruction
- services
- plug the band

**rentals** 260
- roommates
- apt/condo/house
- commercial
- vacation
- miscellaneous
- rentals wanted

**real estate** 1,281
- house/condo
- land for sale
- commercial
- misc
- wanted

**jobs** 7,627
- acctg/finance
- admin/office
- computer/technical
- customer service
- domestic
- driver/delivery/courier
- education
- focus group/studies
- job wanted/resume
- mgmt/professional
- medical/health
- miscellaneous
- part-time jobs
- real estate
- rest/retail/hotel
- sales/mktg
- salon/spa
- show biz/audition
- trades/labor

**forums**
- arts & ent
- computer
- employment
- gay
- legal
- lesbian
- misc.
- music
- pet
- politics
- religion
- sex
- sports

**dating** 369
- women > women
- women > men
- men > women
- men > men

**adult**
- escorts
- body rubs
- strippers & strip clubs
- dom & fetish
- ts
- male escorts
- phone & websites
- adult jobs

**services** 7,614
- biz opps
- business
- cleaning
- computer
- financial
- creative
- health & beauty
- home improvement
- labor/moving
- landscape/lawn
- legal
- massage
- misc.
- real estate

Tennessee

chattanooga, tn
clarksville
cookeville
knoxville, tn
memphis, tn
nashville, tn
tri-cities, tn

Top 20:

atlanta, ga
boston, ma
chicago, il
dallas, tx
denver, co
houston, tx
las vegas, nv
los angeles, ca
miami, fl
minneapolis, mn
new york city, ny
philadelphia, pa
phoenix, az
san diego, ca
san francisco, ca
seattle, wa
st. louis, mo
tampa, fl
toronto, on
washington d.c.

post in multiple cities

Account Login | Affiliate Program | Promote Us | Contact Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Searches | User Safety | backpage.com
© Copyright 2012

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

Case 3:12-cv-00654   Document 4-3   Filed 06/27/12   Page 12 of 35 PageID #: 248

# EXHIBIT B

# backpage.com

Post an Ad

keyword

buy/ sell/ trade

search

backpage.com

# Terms of Use

Updated May 18, 2010

**Objectives/Content:**

The backpage.com web site ("Site") contains content that is provided as a service to users who agree to abide by the following acceptable conduct terms. Your right to use the Site is governed by these Terms of Use and our Privacy Policy (collectively, "Terms") and you should take the time to review both carefully before you use the Site. By using the Site in any way, you are agreeing to comply with these Terms.

The Site reserves the right to change the Terms at any time and for any reason. Updated versions of the Terms will be posted to the Site at backpage.com and you should visit this page periodically to keep apprised of any changes. By continuing to use the Site after any such change, you accept and agree to the modified Terms. The Site reserves the right to modify or discontinue, temporarily or permanently, the Site, any site features, benefits (including without limitation blocking or terminating your Account), rules or conditions, all without notice, even though such changes may affect the way you use the Site. You agree that the Site will not be liable to you or any third-party for any modification or discontinuance of the Site.

**User Conduct:**

Without limitation, you agree to refrain from the following actions while using the Site:

1. Harassing, threatening, embarrassing or causing distress or discomfort upon another individual or entity or impersonating any other person or entity or otherwise restricting or inhibiting any other person from using or enjoying the Site;

2. Transmitting any information, data, text, files, links, software, chats, communication or other materials that is unlawful, false, misleading, harmful, threatening, abusive, invasive of another's privacy, harassing, defamatory, vulgar, obscene, hateful or racially or otherwise objectionable, including without limitation material of any kind or nature that encourages conduct that could constitute a criminal offense, give rise to civil liability or otherwise violate any applicable local, state, provincial, national, or international law or regulation, or encourage the use of controlled substances;

3. Posting advertising or solicitation in categories that is not appropriate, or posting the same item or service in more than one category or more than once every 7 days, or posting the same ad in multiple cities on the Site;

4. (a) Posting adult content or explicit adult material unless: (i) such material is specifically permitted in designated adult categories and permitted under applicable federal, state, and local law; and (ii) you are at least 18 years of age or older and not considered to be a minor in your state of residence;
(b) Posting, anywhere on the Site, obscene or lewd and lascivious graphics or photographs which depict genitalia or actual or simulated sexual acts, as determined in the sole discretion of backpage.com;
(c) Posting any solicitation directly or in "coded" fashion for any illegal service exchanging sexual favors for money or other valuable consideration;
(d) Posting any material on the Site that exploits minors in any way;
(e) Posting any material on the Site that in any way constitutes or assists in human trafficking.

5. Posting any ad for products or services, use or sale of which is prohibited by any law or regulation;

6. Sending mail, e-mail, voice messages or faxes for solicitation of any other product, or service to a user of the Site unless the user has granted permission in their ad or otherwise allowed contact for solicitation;

7. Deleting or revising any material posted by any other user;

8. Interfering with or infringing the patents, copyrights, trademarks, service marks, logos, confidential information or intellectual property rights of others;

9. Using any automated device, spider, robot, crawler, data mining tool, software or routine to access, copy, or download any part of the Site unless expressly permitted by the Site;

10. Taking any action creating a disproportionately large usage load on the Site unless expressly permitted by the Site:

11. Sending messages or engaging in disruptive or damaging activities online, including excessive use of scripts, sound waves, scrolling, or use of viruses, bots, worms, time bombs, Trojan horses or any other destructive element;

12. Gaining or attempting to gain unauthorized access to non-public areas of the Site. In addition, if you have a password to a non-public area of the Site, you may not disclose to, or share your password, with any third parties and/or use your password for unauthorized purposes;

13. Attempting to decipher, decompile, disassemble or reverse engineer any of the software comprising or in any way making up all or any part of the Site; modifying any meta data, copying or duplicating in any manner any of the content; framing of or linking to any of the Site, its content or information available from the Site without the express written consent of agents of the Site;

14. Discriminating on the grounds of race, religion, national origin, gender, disability, age, marital status, sexual orientation, or refers to such matters in any manner prohibited by law;

15. Posting any employment ads violating the anti-discrimination provisions of the Immigration and Nationality Act or messages which violate any law or regulation;

16. Using the Site to engage in or assist another individual or entity to engage in fraudulent, abusive, manipulative or illegal activity.

17. Posting free ads promoting links to commercial services or web sites except in areas of the Site where such ads are expressly permitted;

18. Posting any material advertising weapons the use, carrying, or advertising of which is prohibited by applicable federal, state, or local law. **You are solely responsible for complying with any and all laws and/or regulations applicable to the transfer of firearms under both applicable local, state and federal laws.** The transfer of firearms is heavily regulated and restricted, and failure to strictly comply with all such laws is a serious crime and may result in criminal prosecution. All transfers of firearms, whether by sale, lease or loan, including private transactions, must go through a **licensed firearms dealer**. Any exception to these laws, such as air guns, knives, accessories, certain antiques, and some gun parts that may not require transfer by a licensed dealer, should be first confirmed by you prior to purchase. It is your responsibility to comply with all such laws, including any and all city, county, state and Federal laws when accessing or using this site. It is also your responsibility to locate one or more licensed firearm dealers in your area and/or the area of any buyer or seller listing here who are able and willing to assist you with any such transfer. We do not offer any assistance with respect to locating a licensed dealer for your transaction or otherwise with respect to your transaction. By listing any firearm, you represent and warrant to us that you legally own and possess the item you wish to list here and have fully complied with and will continue to fully comply with all laws and regulations applicable to your listing, transfer and/or sale. By agreeing to purchase any firearm, you represent and warrant to us that you are of legal age, and are not otherwise prohibited by law from purchasing, transferring, owning, or possessing the firearm listed, and that you have fully complied with and will continue to fully comply with all laws and regulations applicable to your transfer or purchase;

Please report any violations of these Terms to: abuse@backpage.com

You agree to comply with all applicable laws, statutes, regulations, and ordinances concerning your use of the Site.

**Use of Materials:**

Any ads or messages that you post, transmit, or otherwise make available for viewing on public areas of the Site will be treated as non-confidential and non-proprietary to you. You understand and agree that any such ads and messages may be used by the Site or our affiliates, without review or approval by you, for any purpose whatsoever, and in any medium, including our print media, if any. You grant the Site (and our affiliates) the irrevocable right to use and/or edit your ads and messages, without review or approval by you, for any purpose whatsoever, including, without limitation, reproduction, disclosure, transmission, publication, broadcast, posting, and advertising in any media in perpetuity without notice or compensation to you.

**Fair Housing:**

All real estate advertising is subject to Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended. Title VIII of the Civil Rights Act of 1968 (Fair Housing Act), as amended, prohibits discrimination in the sale, rental, and financing of dwellings, and in other housing-related transactions, based on race, color, national origin, religion, sex, familial status (including children under the age of 18 living with parents or legal custodians, pregnant women, and people securing custody of children under the age of 18), and handicap (disability). The Site will not knowingly accept any real estate advertising which is in violation of any applicable law. Users are hereby informed that all dwellings advertised on the Site are available on an equal opportunity basis. To complain of discrimination call HUD toll-free at 1-800-669-9777. The toll-free number for the hearing impaired is 1-800-927-9275.

You acknowledge and agree that you will not submit or post any ad which discriminates based on race, color, national origin, religion, sex, sexual orientation, familial status and /or handicap/disability. If you see any ad or posting which discriminates based on any of the above factors, you are encouraged, in addition to contacting HUD, to report such ad or posting by clicking on the "Report this Ad" link located on

the ad page. You understand that we shall have the right, but not the obligation, to remove, edit or delete any ad.

**Termination of Access:**

The Site has the right terminate your access for any reason if we believe you have violated these Terms in any manner. You agree not to hold the Site liable for such termination, and further agree not to attempt to use the Site after termination.

**No Third Party Beneficiaries:**

You agree that, except as otherwise provided in this Terms of Use, there shall be no third party beneficiaries to these Terms.

**Copyright and Trademarks:**

All materials on the Site, including without limitation, logos, images, text, illustrations, audio and video files are protected by copyrights, trademarks, service marks, or other proprietary rights which are either owned by or licensed to the Site or owned by other parties who have posted on the Site. Materials from the Site and from any other web site owned, operated, controlled, or licensed by the Site may not be copied, reproduced, republished, uploaded, posted, transmitted, or distributed in any way.

In posting content on the Site, you grant the Site, and its owners and licensees, the right to use, reproduce, distribute, translate, modify, adapt, publicly perform, publicly display, archive and create derivative works from the posted content.

**Notification of Infringement**

If you believe that your work has been copied in a way that constitutes copyright infringement, or your intellectual property rights have been otherwise violated, please provide the following information to the Site's Copyright Agent:

1. An electronic or physical signature of the person authorized to act on behalf of the owner of the copyright or other intellectual property interest;

2. A description of the copyrighted work or other intellectual property that you claim has been infringed;

3. A description of where the material that you claim is infringing is located on the Site;

4. Your name, address, telephone number and e-mail address;

5. A signed statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and

6. A statement by you, made under penalty of perjury, that the information provided in your Notice is accurate and that you are the copyright or intellectual property owner or authorized to act on the copyright or intellectual property owner's behalf.

Our copyright agent can be reached as follows:

Copyright Agent Backpage.com LLC
PO Box 21328
Phoenix, AZ 85034

Fax: 602-229-8408

Email: abuse@backpage.com (Please put Copyright Infringement in the subject line)

The Site may, under appropriate circumstances and at our own discretion, disable and/or terminate the accounts of users who may be repeat infringers.

**Privacy Policy:**

The Site has created a Privacy Policy setting forth how information collected about you is collected, used and stored. Your use of the Site constitutes acknowledgment and agreement with our privacy policy. You further acknowledge and agree that The Site may use your personal information in the manner described in our Privacy Policy .

**Posting of Ads:**

You understand that each time you post an ad on this Site or otherwise use the Site, you agree to these Terms. By agreeing to these Terms, you acknowledge that the Site may send you e-mail messages telling you about products and services offered by the Site (or its affiliates and partners) You understand and agree that such communications are part and parcel of your registration for and use of the Site; if you do not wish to receive further communications from the Site (or its affiliates and partners), you must cancel your registration by

sending a cancellation notice to support@backpage.com.

**Fees:**

The Site may impose a fee on the posting of Content in certain areas of the Site. Users uploading Content to fee-based areas are responsible for such Content and for compliance with these Terms. Under no circumstances will the Site provide a refund in the event that Content is removed from fee-based areas for violation of these Terms.

**Links:**

The Site has no control over and is not responsible for the content of or claims made on websites that may be linked to or from the Site, whether or not they may be affiliated with the Site. Any websites linked to or from the Site are for your convenience only, and you access them at your own risk.

**Release:**

The Site assumes no responsibility for the accuracy, currency, completeness or usefulness of information, views, opinions or advice in any material contained on the Site. In addition, it does not endorse any opinions or recommendations posted by others. Any information posted on the Site is the responsibility of the person or persons posting the message. Any user who violates the Terms may be permanently banned from posting ads or using the Site. You understand that all postings, ads, messages, advertisements, photos, sounds, images, text, files, video or other materials (collectively "Content") posted on, transmitted through, or linked from the Site, are solely the responsibility of the person from whom such Content originated. You understand that the Site does not control, and is not responsible for Content available on the Site. You agree that the Site does not pre-screen, monitor or approve any Content, but that the Site shall have the right, but not the obligation to remove, move (including moving an ad or posting to another section or category within the classifieds), refuse, edit or delete any Content for any reason whatsoever. The Site shall not be responsible for any interaction between you and the other users of the Site. Your dealings with others through the Site are solely between you and such other parties. Under no circumstances will the Site be liable for any goods, services, resources or content available through such third party dealings or communications, or for any harm related thereto. The Site is under no obligation to become involved in any disputes between you and other users of the Site or between you and any other third parties.

You agree that our service is a venue for posters and users of the Site. In the event that you have a dispute with any user of the Site, you agree that the Site is under no obligation to become involved. You further agree to release the Site from any and all claims, demands, and damages arising out of or in connection with such dispute.

You are entirely responsible and liable for any ad content you post or any ad that is posted through your Account.

The Site does not offer any refunds for the early cancellation of paid sponsor ads or paid print ads. We do not issue credits or refunds due to our extremely low rates and minimal administrative staff.

You acknowledge, consent and agree that the Site may access, preserve and disclose your account information and Content you upload, post, or otherwise make available on the Site if required to do so by law or in a good faith belief that such access, preservation or disclosure is reasonably necessary to: (i) comply with legal process; (ii) comply with legal requirements imposed by Federal, State or Local law or authorities (iii) enforce these Terms; (iv) respond to claims that any Content violates the rights of third parties; (v) respond to your requests for customer service; or (vi) protect the rights, property or personal safety of the Site, its users and the public.

**Disclaimer of Warranties for Site:**

YOU EXPRESSLY AGREE THAT USE OF THE SITE IS AT YOUR OWN RISK. THE SITE SHALL NOT BE RESPONSIBLE FOR ANY CONTENT FOUND ON THESE CLASSIFIEDS. THE SITE EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE AND NON-INFRINGEMENT. THE SITE MAKES NO WARRANTY THAT ITS CLASSIFIEDS OR USE OF THE SITE WILL BE UNINTERRUPTED, TIMELY, SECURE, WITHOUT DEFECT OR ERROR FREE. THE SITE IS PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS.

YOU ACKNOWLEDGE AND AGREE THAT ANY MATERIAL, AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THIS WEB SITE IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGES TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

**Limitation of Liability:**

Case 3:12-cv-00654 Document 4-3 Filed 06/27/12 Page 17 of 35 PageID #: 253

The information, services and products available to you on this Site may contain errors and are subject to periods of interruption. While the Site does its best to maintain the information, services and products it offers on the Site, it cannot be held responsible for any errors, defects, lost profits or other consequential damages arising from the use of the Site.

IN NO EVENT SHALL THE SITE OR ITS AFFILIATES, OWNERS, AGENTS, DIRECTORS, OFFICERS, EMPLOYEES, REPRESENTATIVES, SPONSORS, SUPPLIERS, OR PARTNERS (COLLECTIVELY "INDEMNIFIED PARTIES") BE LIABLE TO YOU OR ANY THIRD PARTY FOR ANY DIRECT, INDIRECT, INCIDENTAL, CONSEQUENTIAL, PUNITIVE, SPECIAL, EXEMPLARY DAMAGES, OR ANY DAMAGES WHATSOEVER, ARISING FROM OR IN ANY WAY CONNECTED OR RELATING TO (i) THE USE OF (OR INABILITY TO USE), OR PERFORMANCE OF THIS SITE, (ii) ANY INFORMATION, SERVICES OR PRODUCTS PROVIDED THROUGH THIS SITE, OR (iii) ANY INTERACTION BETWEEN YOU AND OTHER PARTICIPANTS OF THE SITE, EVEN IF ANY OF THE INDEMNIFIED PARTIES HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. YOU ACCEPT ALL RESPONSIBILITY FOR, AND HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS THE INDEMNIFIED PARTIES FROM AND AGAINST, ANY ACTIONS TAKEN BY YOU OR BY ANY PERSON AUTHORIZED TO USE YOUR ACCOUNT, INCLUDING WITHOUT LIMITATION, DISCLOSURE OF PASSWORDS TO THIRD PARTIES. BY USING THE SITE, YOU AGREE TO DEFEND, INDEMNIFY AND HOLD HARMLESS THE INDEMNIFIED PARTIES FROM ANY AND ALL LIABILITY REGARDING YOUR USE OF THE SITE OR PARTICIPATION IN ANY SITE'S ACTIVITIES.

IF YOU ARE DISSATISFIED WITH THE SITE, OR ANY PORTION THEREOF, OR DO NOT AGREE WITH THESE TERMS, YOUR ONLY RECOURSE AND EXCLUSIVE REMEDY SHALL BE TO STOP USING THE SITE.

If you are a California resident, you waive any rights you may have under California Civil Code § 1542, which states: "A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."

**Indemnity:**

You agree to indemnify and hold harmless the Indemnified Parties from any claim or demand, including reasonable attorneys' fees, made by any third party due to or arising out of your use of the Site, the violation of these Terms by you, or the infringement by you, or other users of the Site using your computer, of any intellectual property or other right of any person or entity. The Site reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you.

**Jurisdiction and Choice of Law:**

These Terms shall be governed by, construed and enforced in accordance with the laws of the State of Arizona without regard to its choice of law provisions. Any action you or any third party may bring to enforce these Terms, or in connection with any matters related to the Site, shall be brought only in either the state or Federal courts located in Arizona, and you expressly consent to the jurisdiction of said courts. You also agree that regardless of any statute or law to the contrary, any claim or cause of action arising out of or related to use of the Site or the Terms must be filed within one (1) year after such claim or cause of action arose or be forever barred.

**General:**

These Terms constitute the entire agreement between you and the Site and govern your use of the Site, superseding any prior agreements between you and the Site. You also may be subject to additional terms and conditions that may apply when you use affiliate services, third-party content or third-party software, or visit another site linked to by this Site. The section titles in these Terms are for convenience only and have no legal or contractual effect.

**Violations:**

Please report any violations of these Terms to: abuse@backpage.com

**Severance and Waiver:**

You acknowledge and agree that if any provision of these Terms shall be unlawful, void, or for any reason unenforceable, then that provision shall be deemed severable from these Terms and shall not affect the validity and enforceability of any remaining provisions. Furthermore, if any provision of these Terms is found by a court of competent jurisdiction to be invalid, the parties nevertheless agree that the court should endeavor to give effect to the parties' intentions as reflected in the provision.

The Site's failure to exercise or enforce any right or provision of these Terms shall not constitute a waiver of such right or provision unless acknowledged and agreed to by the Site.

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

**EXHIBIT C**

## backpage.com

**nashville, tn** free classifieds

backpage.com > nashville adult entertainment > nashville phone & websites

# Posting Rules

You agree to the following when posting in this category:

- I will not post obscene or lewd and lascivious graphics or photographs which depict genitalia, actual or simulated sexual acts or naked images;
- I will not post any solicitation directly or in "coded" fashion for any illegal service, including exchanging sexual favors for money or other valuable consideration;
- I will not post any material on the Site that exploits minors in any way;
- I will not post any material on the Site that in any way constitutes or assists in human trafficking;
- I am at least 18 years of age or older and not considered to be a minor in my state of residence.

**Any post exploiting a minor in any way will be subject to criminal prosecution and will be reported to the <u>Cybertipline</u> for law enforcement.**

Postings violating these rules and our Terms of Use are subject to removal without refund.



Account Login | Affiliate Program | Promote Us | Contact Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Adult Searches | User Safety | backpage.com
© Copyright 2012

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

Case 3:12-cv-00654 Document 4-3 Filed 06/27/12 Page 21 of 35 PageID #: 257

# EXHIBIT D



**nashville, tn** free classifieds

Post an Ad

backpage.com > dating > nashville men seeking women

## Disclaimer

This section contains sexual content, including pictorial nudity and adult language. It is to be accessed only by persons who are 18 years of age or older (and is not considered to be a minor in his/her state of residence) and who live in a community or local jurisdiction where nude pictures and explicit adult materials are not prohibited by law. By accessing this website, you are representing to us that you meet the above qualifications. A false representation may be a criminal offense.

I confirm and represent that I am 18 years of age or older (and am not considered to be a minor in my state of residence) and that I am not located in a community or local jurisdiction where nude pictures or explicit adult materials are prohibited by any law. I agree to report any illegal services or activities which violate the Terms of Use. I also agree to report suspected exploitation of minors and/or human trafficking to the appropriate authorities.

**I have read the disclaimer and agree to all rules and regulations including the Terms of Use.**

I agree

I don't agree

---

Account Login | Affiliate Program | Promote Us | Contact Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Searches | User Safety | backpage.com
© Copyright 2012

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# EXHIBIT E

## Stop Trafficking

Please report the suspected sexual exploitation of minors and/or human trafficking to the appropriate authorities.

United States: National Center for Missing & Exploited Children (NCMEC)
- cybertipline - report child exploitation
- 24-Hour Hotline: 1-800-843-5678

United States: National Human Trafficking Resource Center (Polaris Project)
- report human trafficking
- 24-Hour Hotline: 1-888-3737-888

Canada: National Child Exploitation Coordination Centre (NCECC)
- Hotline: 1-800-387-7962

Global Hotlines List - Country-by-Country List of Human Trafficking Hotlines

# EXHIBIT F

 **nashville, tn** free classifieds

Post an Ad

backpage.com > nashville dating > nashville men seeking women > ad > Report Ad

## Report Ad

Please select a category.

O **Inappropriate or Illegal Content** - If this involves a threat to a child or an image of child exploitation, please email abuse@backpage.com the URL of the posting.

O **Over Posted / Spam**

O **Wrong Category**



Type the two words:

reCAPTCHA™
stop spam.
read books.

Submit your report

Account Login | Affiliate Program | Promote Us | Contact Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Searches | User Safety | backpage.com
© Copyright 2012

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# EXHIBIT G

# backpage.com

backpage.com > nashville dating > nashville men seeking women

Login to your account

## Step 1: Write Ad  required fields are highlighted

Step 1: Write Ad

**If you are exploited or need help, call 211.**

Notice:

-Do not post ads promoting other websites.

-Ads can be a maximum length of 500 characters.

Postings in this category are $1.00

**Title:**  *(Use capitals sparingly.)*

**Your Age:**

**Description**

| Bold | Italic | Underline |

**Location:**

**Your email address**

Email Address

Confirm Email Address

**Email Inquiries**  *For contacts from readers.*

⊙ Hide my email address from readers (make it anonymous) and forward email inquiries to me.

○ I don't want to receive any email inquiries. (Include contact info in ad when using this option.)

**Display options**

⊙ Yes, show links to my other postings in the dating section.

○ No, do NOT show links to my other postings.

☐ Show the date I joined backpage.

## Upload Images

Images must be in jpg, gif, or png format.

[ ]
[ ]
[ ]
[ ]
[ ]
[ ]
[ ]
[ ]

### *Recommended Upgrades* (minimum purchase is $0.99)

## Auto Repost Ad

☐ Automatically re-post your ad to the top of the listings every: `3 days`

Number of times: `4 times for $3.00`

## Sponsor Ad

☐ For $2.50 per week, your post will appear highlighted with thumbnails on the right side of the men seeking women category. More info

Number of weeks: `1 week ($2.50)`

or select a discounted package:

○ 4 weeks for $7.50 (25%)
○ 12 weeks for $20.10 (33%)
○ 26 weeks for $32.50 (50%)

## Promotional Code

If you've received a promotional code from us, please enter it to receive your discount.

[                    ]

[ Continue ]  By placing this ad I agree to the terms of use and privacy policy.

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.

# EXHIBIT H

# backpage.com

Post an Ad

keyword    buy/ sell/ trade    search

backpage.com > User Safety

## User Safety

We are committed to creating a user-friendly environment, where our users can post and reply to ads and other messages freely and without concern. What follows are a number of tips and techniques you should keep in mind to protect yourself and your privacy online, whether you are using our site or some other site on the Internet. (Some of these suggestions "repeat" because they apply in multiple situations.) This list is not exhaustive and you should not use it as a substitute for your own common sense. As always, the best protection is to use good judgment and trust your instincts.

## Responding to an Ad

Online ads help us find all kinds of different goods and services easily and quickly. It's important to remember that whether you're responding to a rental ad, a job posting, personal or "for sale" ad, you've never met the person behind the ad before. Use caution.

- Don't wire money, or send a check, for an apartment you haven't seen to a person you've never met.
- Don't give out personal information about yourself, such as your social security number, without verifying that a job posting is legitimate.
- Meet people in a public place.
- Don't go check out furniture in someone's house alone. Bring a friend.

## Placing an Ad

Online advertising allows us to quickly and effectively reach as many people as possible that are interested in what we're selling or offering. It's important to remember that you may not know the people responding to your ad, so be careful.

- Don't include personal information in an ad, such as your full name or address, and don't post images or content that are prohibited by our Terms of Use or Privacy Policy, like nudity or messages relating to illegal activities.
- Talk to people on the phone before giving them information, like your address, and trust your instincts.
- If someone is coming to check out the sofa you advertised, make sure you're not alone when they arrive.
- If you're selling something portable but expensive, such as a DVD player or a digital camera, consider showing it to people in a coffee shop instead of your home.
- If you're selling a car, make sure you're meeting the person somewhere public for a test drive, bring a friend, and be careful driving home.
- Meet people in a public place.

## Safety Tips

- Be careful when purchasing gift cards through auction sites or classified ads; they may be empty or fraudulent.
- Be careful when bidding on auctions for products; they may be stolen.
- Be careful when replying to mystery or secret shopper jobs; you may end up owing all the money to the bank you thought you were getting paid.
- Be cautious when it comes to work-from-home opportunities, especially ones that don't require experience or time.
- Don't give money to an individual claiming to be the victim of a disaster if you don't know them.
- Don't give money to an organization if you haven't heard of it.
- Don't wire money, or send a check, for an apartment you haven't seen to a person you've never met.
- Don't give out personal information about yourself, such as your social security number, without verifying that a job posting is legitimate.
- Meet people in a public place.

## Scams and Fraud

No matter where we are or what we're doing, a handful of people can make it difficult for everyone. This is true in the online advertising area as well. Use the same common sense you'd use in the real world when reading an ad. If it's too good to be true, it's a scam. Please read about these common scam types to educate yourself.

Resources:

- http://ftc.gov/

- http://www.fbi.gov/scams-safety/
- http://www.onguardonline.gov/topics/overview.aspx

## Work From Home Scam

### How it Works

- Someone places a job ad online looking for a rebate or payment processor.
- You respond and get the job.
- You're asked to provide your bank account info to your new employer to facilitate direct deposits; might sound like a good idea, but it could be dangerous.
- Funds are put into this account and you're told to wire the money to a third account. This account is often international, but not always.
- You get to deduct a percent of the wired amount as your commission or payment.
- You are actually laundering stolen funds through your own account.
- Whether you know you're laundering money or not, you can still be prosecuted.
- The people you gave your bank account info to can also take money from you or steal your identity.

### Tips

- Be cautious when it comes to work-from-home opportunities, especially ones that don't require experience or time.
- Be cautious of opportunities that require you to pay for materials or supplies.
- Figure out if the company is legitimate through the Better Business Bureau (for US-based companies) or WHOIS/Domain Tools (for international companies). Also look at the FTC's recommendations: http://www.onguardonline.gov/topics/email-scams.aspx#3.
- Never give your bank account details to anyone unless you know and trust them.
- If you think you may be a victim of one of these scams, contact your financial institution immediately. --Report any suspicious work-from-home offers or activities to the Internet Crime Complaint Center (IC3) at http://www.ic3.gov/default.aspx

(Above information about "work from home" scams is compiled from http://www.ic3.gov/media/2010/WorkAtHome.pdf.)

## Mystery/Secret Shopper Scam

- You see a job posting for a mystery shopper.
- You are asked to send a resume and told you will undergo a background check.
- You are sent a check that will cover purchases and money wire transactions, with the remaining balance as your payment.
- You are given instructions to shop at a specified retailer for a specific length of time and spend a specific amount on merchandise from the store.
- You are told to take note of the store's environment, color, payment procedures, gift items, and shopping/carrier bags and report back to the employer.
- You are then told you will be checking the ease and accuracy of wiring money from the retail location.
- After the merchandise is purchased and money is wired, the bank tells you that the check cashed was counterfeit, and you are responsible for the money lost in addition to bank fees incurred.
- Occasionally, you will be asked to submit your bank account information so that money can be deposited into your account. The fraudster will then have access to your accounts and be able to withdraw your money.

## Rental and Real Estate Scam

### If you're posting the rental ad:

- Someone will respond to your ad with an interest in renting or buying the property.
- They will send you a check that is in excess of the amount you indicated, and request you send them the difference.
- They will send you a check that is the exact amount, but back out at the last minute.
- You will think all of the above checks are legitimate and potentially begin using the funds.
- The check(s) will turn out to be counterfeit and the bank will hold you responsible for all losses.

### If you're reading the rental ad:

- A scammer will duplicate postings from legitimate real-estate websites and place them on classified advertisement websites.
- The scammer will often use the real-estate agent's real name to create a fake email address.
- When you respond to the ad, the scammer will reply, claiming to be the owner. S/he will say he is out of the country (often on mission work) so you cannot see the property. They will ask you to mail the check (often to a foreign address). They

may also ask you to wire money.
- Your check will be cashed or money received, and you will not be able to recover your losses.

### Gift Card Fraud

Be careful when purchasing gift cards through auction sites or classified ads. It is safer to purchase gift cards directly from the merchant or retail store. The seller may claim the card holds a certain value, but they may be lying. If you're purchasing a gift card, make sure you meet the seller at the store and have the gift card run through for verification. Additionally, if the gift card merchant discovers that your card is fraudulent, the merchant will deactivate the gift card and refuse to honor it for purchases. Victims of this scam lose the money paid for the gift card purchase.

### Auction Sales Fraud

Be careful when bidding on auctions for products. Fraudsters will post ads for items they don't have. They'll charge your credit card (or debit your account) for the item and then use a stolen credit card to buy the actual item and have it shipped to you. They keep your money and you may be liable for receiving stolen products. Buy directly from the product merchant or make sure you research who you're buying products from.

### Disaster Scams

Some fraudsters will prey on your desire to help others. Make sure you're only donating to organizations you've heard of, and make sure you're donating directly on their official website. Don't give money to an individual claiming to be the victim of a disaster if you don't know them.

## Human Trafficking

Over the past 15 years, "trafficking in persons" and "human trafficking" have been used as umbrella terms for activities involved when someone obtains or holds a person in compelled service.

The United States government considers trafficking in persons to include all of the criminal conduct involved in forced labor and sex trafficking, essentially the conduct involved in reducing or holding someone in compelled service. Under the Trafficking Victims Protection Act as amended (TVPA) and consistent with the United Nations Protocol to Prevent, Suppress and Punish Trafficking in Persons, Especially Women and Children (Palermo Protocol), individuals may be trafficking victims regardless of whether they once consented, participated in a crime as a direct result of being trafficked, were transported into the exploitative situation, or were simply born into a state of servitude. Despite a term that seems to connote movement, at the heart of the phenomenon of trafficking in persons are the many forms of enslavement, not the activities involved in international transportation.

For more information on Human Trafficking, please visit http://www.state.gov/g/tip/.

To report a potential victim of Human Trafficking, or if you are a victim yourself or you know someone whom you suspect may be, please call the National Human Trafficking Resource Center (NHTRC) hotline at 1-888-3737-888, or visit: http://www.polarisproject.org/what-we-do/national-human-trafficking-hotline/report-a-tip.

## Child Exploitation

The National Center for Missing and Exploited Children helps not only locate missing kids, but also helps children that are victims of sexual exploitation of any kind.

If you've seen a missing child, or a child that is being victimized, please take action and make a report to the CyberTipline: www.cybertipline.com.

For more information on the National Center, please visit: www.missingkids.com.

## Resources

- www.ftc.gov
- www.fbi.gov
- http://www.ic3.gov/default.aspx
- http://www.ncmec.gov/
- http://www.polarisproject.org/

Rev.: 8/5/2011

Account Login | Affiliate Program | Promote Us | Contact Us | Blog | Forums | Help | Privacy Policy | Terms of Use | Popular Searches | User Safety | backpage.com
© Copyright 2012

nashville.backpage.com is an interactive computer service that enables access by multiple users and should not be treated as the publisher or speaker of any information provided by another information content provider.