IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BACKPAGE.COM, LLC, )
 )
    Plaintiff, )
 )
 ) No. 3:12-cv-00654
v. ) Judge Nixon
 ) Magistrate Judge Griffin
ROBERT E. COOPER, JR., et al., )
 )
    Defendants. )

## ORDER

The parties in the above-captioned action have filed a Stipulation and Proposed Order Regarding Schedule for Plaintiff Backpage.com, LLC's Motion for Preliminary Injunction ("Stipulation"). (Doc. No. 12.) Based on the Stipulation, the Court hereby sets Defendants' Response deadline for July 23, 2012. Plaintiff's Reply in support of its Motion for Preliminary Injunction shall be due on August 6, 2012. Additionally, the Court hereby **SCHEDULES** a hearing on Plaintiff's Motion for Preliminary Injunction for **Monday, August 13, 2012** at **10:00 a.m.**

    It is so ORDERED.

    Entered this \_\_\_5th\_\_\_ day of July, 2012.

                                                JOHN T. NIXON, SENIOR JUDGE
                                                UNITED STATES DISTRICT COURT