UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BACKPAGE.COM, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| ) | |
| v. ) | No. 3:12-cv-00654 |
| ) | JUDGE NIXON |
| ) | |
| ) | |
| ROBERT E. COOPER, JR., Attorney General ) | |
| of the State of Tennessee, *et. al.*, ) | |
| ) | |
| Defendants ) | |

MOTION TO FILE EXHIBITS UNDER SEAL

Defendants, through their counsel, the Attorney General and Reporter, move to file Exhibits 1 and 2 of the Affidavit of Margie Quin under seal and to file redacted copies with the Affidavit. In support hereof, Defendants would show as follows:

1. Margie Quin is an Assistant Special Agent with the Tennessee Bureau of Investigation. Agent Quinn has submitted an Affidavit in this cause. The testimony in that Affidavit makes reference to various documents that are attached as exhibits. Exhibits 1 and 2 are TBI case studies related to investigations of sex trafficking in which the victims were minors. Such Exhibits contain names, dates of birth and other identifying information which could become subject to misuse.

2. To protect such victims, Defendants request leave of this Court to file redacted copies of such Exhibits. Redacted copies of those Exhibits are attached. Such Exhibits, if filed would remove redact dates of birth and other identifying information. For purposes of keeping an

accurate record, Defendants, if permitted to do so by this court, will file unredacted copies of the same Exhibits under seal with the Court.

Wherefore, premises considered, Defendants request leave to file redacted copies of Exhibits 1 and 2 to the Affidavit of Margie Quin with the Clerk and unredacted copies under seal with the Court.

        Respectfully submitted,

        ROBERT E. COOPER, JR.
        Attorney General and Reporter


        /s/ Michael A. Meyer_____
        MICHAEL A. MEYER
        Deputy Attorney General
        Michael.Meyer@ag.tn.gov

        LYNDSAY F. SANDERS (BPR# 22849)
        Senior Counsel
        Lyndsay.Sanders@ag.tn.gov

        RACHEL JRADE-RICE (BPR#29245)
        Assistant Attorney General
        (*application for admission pending*)
        Office of the Tennessee Attorney General
        Law Enforcement & Special Prosecutions
        P.O. Box 20207
        Nashville, TN  37202-0207
        Tel:    615.741.4087
        Fax:   615.532.4892

CERTIFICATE OF SERVICE

  I hereby certify that on July 26, 2012, the foregoing document was filed with the Clerk of Court through the Electronic Filing System. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all counsel of record indicated on the electronic filing receipt.

              /s/ Lyndsay F. Sanders_____
              LYNDSAY F. SANDERS (BPR# 22849)
              Senior Counsel