IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

BACKPAGE.COM, LLC )
)
v. )
)
ROBERT E. COOPER, JR., Attorney ) No. 3-12-0654
General of the State of Tennessee; and )
TONY CLARK; BARRY STAUBUS; C. )
BERKELEY BELL; JAMES DUNN; )
MIKE FLYNN; RANDALL NICHOLS; )
DAVE CLARK; WILLIAM PAUL )
PHILLIPS; RUSSELL JOHNSON; )
STEVEN BEBB; WILLIAM H. COX, )
III; J. MICHAEL TAYLOR; RANDY )
YORK; MICKEY LAYNE; TOM P. )
THOMPSON; WILLIAM WHITESELL; )
CHUCK CRAWFORD; L. RAY )
WHITLEY; JOHN W. CARNEY; )
VICTOR S. JOHNSON; KIM HELPER; )
MIKE BOTTOMS; DAN M. )
ALSOBROOKS; HANSEL )
MCCADAMS; MIKE DUNAVANT; )
JAMES G. WOODALL; THOMAS A. )
THOMAS; GARRY BROWN; PHILLIP )
BIVENS; AMY P. WEIRICH; and LISA )
ZAVAGIANNIS, Tennessee District )
Attorneys for the 1st through 31st Judicial )
Districts, respectively, in their official )
capacities )

O R D E R

In accord with the order entered February 20, 2013 (Docket Entry No. 50), the plaintiff has filed a motion to convert preliminary injunction order into permanent injunction and final judgment (Docket Entry No. 51).

As provided in the February 20, 2013, order, the defendants shall have until March 15, 2013, to file a response to the motion. If the defendants do not oppose the motion, they shall file a notice that there is no opposition.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge