# EXHIBIT A



Davis Wright Tremaine LLP

Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Village Voice Media
8776 E. Shea Blvd., No. 106-617
Scottsdale, AZ 85260

June 14, 2013
Invoice No. 6151984

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.: 3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 03/20/13 | A. Doran | 0.20 | 74.00 | Review order on dismissal and consider strategy on fee motion |
| | Total Hours Worked | 0.20 | $74.00 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $74.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $74.00 |

**SUMMARY BY PROFESSIONAL**

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| Associate | | | |
| Doran, A. | 0.20 | 370.00 | 74.00 |
| Total | 0.20 | | 74.00 |
| Total All Classes | 0.20 | | $74.00 |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
DWT 22267861v1 3710078-000057



Village Voice Media  
Invoice No. 6151984  
Page 2

**STATEMENT OF ACCOUNT**  REDACTED

Balance from Previous Statement

Current Invoice $74.00

Total Balance Due This Matter REDACTED

James C. Grant



Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Village Voice Media
8776 E. Shea Blvd., No. 106-617
Scottsdale, AZ 85260

June 14, 2013
Invoice No. 6151985

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.:     3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 04/01/13 | A. Doran | 0.60 | 222.00 | Work on fee motion |
| 04/01/13 | J. Grant | 0.50 | 265.00 | Further work on motion for attorneys' fees and emails with A. Doran REDACTED |
| 04/02/13 | A. Doran | 0.60 | 222.00 | Revise motion for attorneys' fees |
| 04/03/13 | A. Doran | 2.30 | 851.00 | Continue to work on fee motion |
| 04/05/13 | A. Doran | 0.70 | 259.00 | Confer with J. Grant regarding REDACTED |
| 04/05/13 | J. Grant | 1.40 | 742.00 | Review and revise motion for attorneys' fees; discuss motion REDACTED |
| 04/08/13 | A. Doran | 2.00 | 740.00 | Revise Grant and Pera declarations; redact privileged information from Adams and Reese and DWT invoices |
| 04/08/13 | J. Grant | 2.70 | 1,431.00 | Work on motion for attorneys' fees and supporting materials; various emails and calls with A. Doran and L. Pera REDACTED |
| 04/09/13 | A. Doran | 4.40 | 1,628.00 | Revise Pera and Grant declarations and exhibits; check calculations for fees requested; confer with J. Grant REDACTED ; exchange emails with local counsel regarding REDACTED ; review edits REDACTED ; review and redact bills |
| 04/09/13 | J. Grant | 2.30 | 1,219.00 | Continue work on motion for attorneys' fees, including REDACTED |
| 04/10/13 | A. Doran | 1.10 | 407.00 | Review, revise, and finalize motion for fees, Grant declaration, proposed order, and Grant declaration exhibits; check to be sure cases |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
DWT 22267798v1 3710078-000057



Village Voice Media  
Invoice No. 6151985  
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| | | | | cited are still good law; exchange emails with local counsel REDACTED |
| 04/10/13 | J. Grant | 0.30 | 159.00 | Emails regarding REDACTED |
| 04/11/13 | J. Grant | 0.20 | 106.00 | Emails with A. Doran and L. Pera regarding REDACTED |
| 04/17/13 | A. Doran | 0.40 | 148.00 | Exchange emails with local counsel and J. Grant regarding REDACTED ; follow up with Ms. McDougall REDACTED |
| 04/17/13 | J. Grant | 0.30 | 159.00 | Emails with co-counsel regarding REDACTED |
| 04/18/13 | J. Grant | 0.40 | 212.00 | Email with Ms. McDougall regarding REDACTED ; various emails regarding REDACTED |
| 04/19/13 | A. Doran | 0.10 | 37.00 | Exchange emails with local counsel regarding REDACTED |
| 04/23/13 | A. Doran | 0.10 | 37.00 | Exchange emails with J. Grant and local counsel regarding REDACTED |
| 04/23/13 | J. Grant | 0.30 | 159.00 | Emails with L. Pera and A. Doran and call with L. Pera regarding REDACTED |
| 04/30/13 | A. Doran | 0.20 | 74.00 | Confer with J. Grant regarding REDACTED |
| 04/30/13 | J. Grant | 1.50 | 795.00 | Draft stipulation and proposed order regarding REDACTED ; various emails with co-counsel regarding same |
| | Total Hours Worked | 22.40 | $9,872.00 | |

**TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE**

| | |
|---|---|
| Total Current Services | $9,872.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $9,872.00 |

DWT 22267798v1 3710078-000057



Village Voice Media  
Invoice No. 6151985  
Page 3

## SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---|---|---|
| **Partner** | | | |
| Grant, J. | 9.90 | 530.00 | 5,247.00 |
| Total | 9.90 | | 5,247.00 |
| **Associate** | | | |
| Doran, A. | 12.50 | 370.00 | 4,625.00 |
| Total | 12.50 | | 4,625.00 |
| Total All Classes | 22.40 | | $9,872.00 |

## STATEMENT OF ACCOUNT

| | |
|---|---|
| Balance from Previous Statement | REDACTED |
| Current Invoice | $9,872.00 |
| Total Balance Due This Matter | REDACTED |

James C. Grant



Anchorage | New York | Seattle
Bellevue | Portland | Shanghai
Los Angeles | San Francisco | Washington D.C.

Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 tel
206.757.7700 fax

Federal ID #91-0839480

www.dwt.com

Village Voice Media
8776 E. Shea Blvd., No. 106-617
Scottsdale, AZ 85260

June 14, 2013
Invoice No. 6151986

JUNE INVOICE FOR
STATEMENT OF
SERVICES AND DISBURSEMENTS

Matter No.: 3710078-000057
Backpage.com v. Robert E. Cooper, Jr. as AG for State of TN

| **DATE** | **PROFESSIONAL** | **TIME** | **AMOUNT** | **DESCRIPTION OF SERVICES** |
|---|---|---|---|---|
| 05/06/13 | J. Grant | 0.10 | 53.00 | Emails with L. Pera regarding REDACTED |
| 05/07/13 | J. Cygnor | 0.90 | 0.00 | Supervise preparation of unredacted invoices (No Charge) |
| 05/07/13 | J. Grant | 0.10 | 53.00 | Emails with L. Pera and A. Doran regarding REDACTED |
| 05/08/13 | A. Doran | 0.10 | 37.00 | Exchange emails with J. Grant regarding REDACTED |
| 05/08/13 | A. Doran | 0.50 | 185.00 | Review and send invoices to Tennessee attorney general |
| 05/08/13 | J. Grant | 0.10 | 53.00 | Emails with A. Doran and Ms. McDougall re REDACTED REDACTED |
| 05/15/13 | A. Doran | 0.40 | 148.00 | Exchange emails and telephone conferences regarding AG's request for additional time; review rules on deadlines for response to motion for fees and reply in support of same |
| 05/15/13 | J. Grant | 0.30 | 159.00 | Calls with A. Doran and L. Pera regarding REDACTED |
| 05/16/13 | A. Doran | 0.10 | 37.00 | Exchange emails with local counsel regarding REDACTED |

**PAYMENT IS DUE WITHIN 30 DAYS OF THE DATE OF THIS INVOICE**
**INTEREST WILL BE CHARGED ON INVOICES WHICH ARE 45 DAYS PAST DUE**
**PAYMENTS RECEIVED AFTER THE DATE OF THIS INVOICE WILL BE REFLECTED ON NEXT MONTH'S BILLING**
DWT 22267841v1 3710078-000057



Village Voice Media  
Invoice No. 6151986  
Page 2

| DATE | PROFESSIONAL | TIME | AMOUNT | DESCRIPTION OF SERVICES |
|---|---|---|---|---|
| 05/23/13 | J. Grant | 0.40 | 212.00 | Review legislation passed by Tennessee general assembly concerning sex trafficking and email to Ms. McDougall REDACTED |
| | Total Hours Worked | 3.00 | $937.00 | |

### TOTAL SERVICES AND DISBURSEMENTS - THIS INVOICE

| | |
|---|---:|
| Total Current Services | $937.00 |
| Total Current Disbursements | 0.00 |
| Total Current Invoice | $937.00 |

### SUMMARY BY PROFESSIONAL

| Professional | Hours Worked | Billed Per Hours | Bill Amount |
|---|---:|---:|---:|
| **Partner** | | | |
| Grant, J. | 1.00 | 530.00 | 530.00 |
| Total | 1.00 | | 530.00 |
| **Associate** | | | |
| Doran, A. | 1.10 | 370.00 | 407.00 |
| Total | 1.10 | | 407.00 |
| **Paralegal** | | | |
| Cygnor, J. | 0.90 | 0.00 | 0.00 |
| Total | 0.90 | | 0.00 |
| Total All Classes | 3.00 | | $937.00 |

### STATEMENT OF ACCOUNT

| | |
|---|---:|
| Balance from Previous Statement | REDACTED |
| Current Invoice | $937.00 |
| Total Balance Due This Matter | REDACTED |

James C. Grant