# EXHIBIT B



May 7, 2013

Village Voice Media Holdings, LLC
Attn: Elizabeth L. McDougall
1008 Western Avenue
Suite 300
Seattle, WA 98104

Invoice Number: 722054

File Number: 021282-000001
Injunction re Tennessee Criminal Statute
Client Ref. No.

## Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/08/13 | L. Pera | 1.20 | Review correspondence; e-mail counsel. Revision of fees declaration; email counsel. |
| 04/09/13 | C. Meredith | 0.70 | Draft Motion for Attorneys Fees. |
| 04/09/13 | L. Pera | 0.10 | Review correspondence regarding attorney fees. |
| 04/09/13 | L. Pera | 0.70 | Review correspondence; revise LTP declaration; e-mail counsel; revise motion for fees; e-mail counsel. Review correspondence regarding fees; e-mail counsel. Review drafts regarding fees; e-mail counsel. |
| 04/09/13 | L. Pera | 1.00 | Review correspondence, fees issues. Revise affidavit; e-mail counsel. Review, sign affidavit; e-mail counsel. Review correspondence; e-mail counsel. Review correspondence, client comments on fee motion; e-mail client. |
| 04/10/13 | C. Meredith | 1.20 | Prepare the Memorandum of Law in Support of the Motion for Attorneys' Fees; attention to filing of Motion and Memorandum of Law. |
| 04/10/13 | L. Pera | 0.20 | Review fee motion, filing. |
| 04/11/13 | C. Meredith | 0.50 | Prepare and file detailed Certificate of Service. |
| 04/11/13 | L. Pera | 0.10 | Review notice of filing. |
| 04/12/13 | C. Meredith | 0.20 | Filed Affidavit of Jim Grant in support of Motion. |

Please remit payment to: Adams and Reese LLP
Dept. 5208 • P.O. Box 2153 • Birmingham, AL 35287-5208

Alabama • Florida • Louisiana • Mississippi • Tennessee • Texas • Washington, DC

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 04/12/13 | L. Pera | 0.40 | Review affidavit; e-mail counsel. Review correspondence; e-mail counsel. Review correspondence; e-mail counsel. |
| 04/13/13 | L. Pera | 0.10 | Review correspondence; e-mail counsel. |
| 04/17/13 | L. Pera | 0.50 | Review message; phone call to M. Meyer regarding fees; e-mail counsel. Review correspondence; e-mail counsel. Review correspondence, status. |
| 04/18/13 | C. Meredith | 0.20 | Filed the Motion to Withdraw for client Backpage.com |
| 04/18/13 | L. Pera | 0.10 | Review correspondence; e-mail opposing counsel. |
| 04/18/13 | T. Olson | 0.60 | Review file and draft Notice of Appearance. |
| 04/19/13 | L. Pera | 0.30 | Review correspondence; revise stipulation; e-mail counsel. Review notice of filing. |
| 04/23/13 | L. Pera | 0.30 | Review correspondence; phone call to J. Grant. Phone call to J. Grant regarding protective order. |
| 04/26/13 | L. Pera | 0.10 | Review correspondence, status. |
| 04/29/13 | L. Pera | 0.20 | Phone call from M. Meyer regarding privileged documents. |
| 04/30/13 | L. Pera | 0.70 | E-mail counsel. Review correspondence, draft order; e-mail counsel. Review correspondence; e-mail counsel; revise stipulation; e-mail opposing counsel. Review correspondence; e-mail counsel, client. Review correspondence. Review correspondence; e-mail counsel, opposing counsel regarding motion. |
| 04/30/13 | T. Olson | 0.20 | Phone call with Court Deputy to discuss Judge's preference on submission of Stipulation or Motion for Protective Order |
| 04/30/13 | T. Olson | 0.10 | Review Local Rules for Court preference on filing Stipulations and Orders. |
| 04/30/13 | T. Olson | 1.10 | Review and revise Stipulation and Agreed Order and create two separate documents for filing per Court request. |

**TOTAL HOURS**  10.80

**Timekeeper Fee Summary**

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. Pera | 6.00 | $435.00 | $2,610.00 |
| T. Olson | 2.00 | $295.00 | $590.00 |
| C. Meredith | 2.80 | $255.00 | $714.00 |
| Totals | 10.80 | | $3,914.00 |

**TOTAL FEES DUE ADAMS AND REESE** $3,914.00

**Costs Advanced**

| 02/05/13 | File Serve/Records Fee Charges for Pacer User AR1970 Transaction dated 2/5/2013 with re: 000999-031299 BACKPAGE.COM | $1.40 |
|---|---|---|
| 02/19/13 | File Serve/Records Fee Charges for Pacer User AR1970 Transaction dated 2/19/2013 with re: 000999-031299 BACKPAGE.COM | $1.40 |
| | Computer Assisted Legal Research | $0.00 |
| | Long Distance Telephone Calls | $0.00 |

**TOTAL COSTS ADVANCED** $2.80

**TOTAL DUE ADAMS AND REESE** $3,916.80

| Balance Forward | REDACTED |
|---|---|
| Current Charges | $3,916.80 |
| Total Balance Due | REDACTED |



June 12, 2013

Village Voice Media Holdings, LLC
Attn: Elizabeth L. McDougall
liz.mcdougall@villagevoicemedia.com

Invoice Number: 727861

File Number: 021282-000001
Injunction re Tennessee Criminal Statute
Client Ref. No.

## Statement

**For Professional Services Rendered** in connection with the handling of the captioned matter, including the following:

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/01/13 | L. Pera | 0.10 | Review correspondence; e-mail AG regarding motion. |
| 05/01/13 | T. Olson | 0.30 | Finalize and file Joint Motion for Protective Order and Proposed Order. |
| 05/06/13 | L. Pera | 0.20 | Review correspondence; e-mail client. Review correspondence; e-mail client. |
| 05/06/13 | T. Olson | 0.20 | Communicate with Court Clerk re: status of Joint Motion for Protective Order and entry of Order. |
| 05/07/13 | L. Pera | 0.10 | Review correspondence. |
| 05/08/13 | L. Pera | 0.10 | Review order; e-mail counsel. |
| 05/09/13 | L. Pera | 0.10 | Review correspondence. |
| 05/14/13 | L. Pera | 0.30 | Review correspondence; e-mail client. Review voicemail; e-mail counsel. Review correspondence; phone call to J. Grant; phone call to M. Meyer regarding extension. |
| 05/15/13 | L. Pera | 0.50 | Review voice mail; phone call to J. Grant; phone call to M. Meyer regarding extension; phone call to A. Doran regarding extension. Phone call from J. Grant regarding extension. Review correspondence; e-mail client regarding extension. Review correspondence; e-mail AG. |
| 05/16/13 | L. Pera | 0.10 | Review correspondence; e-mail counsel. |
| 05/16/13 | L. Pera | 0.10 | Review correspondence; e-mail counsel. |
| 05/22/13 | L. Pera | 0.10 | Review order. |

| | | | |
|---|---|---|---|
| 05/23/13 | L. Pera | 0.10 | Review correspondence, Tennessee Legislation; e-mail client. |

**TOTAL HOURS**     2.30

**Timekeeper Fee Summary**

| Timekeeper | Hours Billed | Billed Per Hour | Bill Amount |
|---|---|---|---|
| L. Pera | 1.80 | $435.00 | $783.00 |
| T. Olson | 0.50 | $295.00 | $147.50 |
| Totals | 2.30 | | $930.50 |

**TOTAL FEES DUE ADAMS AND REESE**     $930.50

**Costs Advanced**

| | | |
|---|---|---|
| 04/11/13 | File Serve/Records Fee Charges for Pacer User AR4184 Transaction dated 4/11/2013 with re: 021282-000001 | $2.00 |
| | Long Distance Telephone Calls | $0.00 |

**TOTAL COSTS ADVANCED**     $2.00

**TOTAL DUE ADAMS AND REESE**     $932.50

| | |
|---|---|
| Balance Forward | REDACTED |
| Current Charges | $932.50 |
| Total Balance Due | REDACTED |